# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTINE COFFEY, individually and on behalf of THE ESTATE OF SEAN COFFEY and its beneficiaries, M.C., a minor, C.R., a minor, and W.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTON CONSTRUCTION COMPANY, INC., a foreign for-profit corporation and KEVIN KACZYNSKI, an individual, and PANATTONI DEVELOPMENT COMPANY, INC., a foreign for-profit corporation;<br><br>Defendants. | Case No. 2:25-cv-00772<br><br>DEFENDANT PANATTONI DEVELOPMENT COMPANY, INC.'S DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Panattoni Development Company, Inc. ("PDC") makes the following disclosure statement:

Panattoni Development Company, Inc. ("PDC") is a California corporation. PDC is not a public held corporation. No publicly held corporation owns 10% or more of its stock. The sole

/ / /

/ / /

DEFENDANT PANATTONI'S DISCLOSURE STATEMENT (2:25-cv-00772) - 1

LAW OFFICES OF RYAN T. PROBSTFELD
520 Pike Street, Suite 915
Seattle, WA 98101
Phone (206) 664-2416 / Fax (877) 369-4901

1  shareholder of PDC is DaBoNi S Entities, LLC, a privately held Delaware limited liability
2  company.

3  DATED this 25th day of April, 2025.

LAW OFFICES OF RYAN T. PROBSTFELD

By: _____
Stephan A. Lopez, WSBA No. 42464
Attorney for Defendant Panattoni Development
Company, Inc.

DEFENDANT PANATTONI'S DISCLOSURE
STATEMENT (2:25-cv-00772) - 2

LAW OFFICES OF RYAN T. PROBSTFELD
520 Pike Street, Suite 915
Seattle, WA 98101
Phone (206) 664-2416 / Fax (877) 369-4901

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury under the laws of the State of Washington that on this date, I served the parties in this matter with a true and correct copy of the document on which this certification appears, by Email/ECF, at the following address(es):

John R. Connelly, Jr.
Samuel J. Daheim
Connelly Law Offices PLLC
2301 North 30th Street
Tacoma, Wa 98403
Email: jconnelly@connelly-law.com;
SDaheim@connelly-law.com; pwells@connelly-law.com
Counsel for Plaintiff

Michael Jaeger
Christian P. Brown
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Emails: Michael.Jaeger@lewisbrisbois.com:
Christian.Brown@lewisbrisbois.com
Counsel for Defendants Alston Construction and Kevin Kaczynski

DATED: 04/25/2025 at Seattle, WA   _____
                                    Arely Reyes Perez

DEFENDANT PANATTONI'S DISCLOSURE STATEMENT (2:25-cv-00772) - 3

LAW OFFICES OF RYAN T. PROBSTFELD
520 Pike Street, Suite 915
Seattle, WA 98101
Phone (206) 664-2416 / Fax (877) 369-4901