HONORABLE TANA LIN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

CHRISTINE COFFEY, individually and on behalf of THE ESTATE OF SEAN COFFEY, and its beneficiaries; MCKENZIE M. COFFEY, an individual; CAYDENCE ROWAN, an individual; and WILLIAM MCCREADY, an individual;

Plaintiffs,

v.

ALSTON CONSTRUCTION COMPANY, INC., a foreign for-profit corporation, and KEVIN KACZYNSKI, an individual, and PANATTONI DEVELOPMENT COMPANY, INC. a foreign for-profit corporation;

Defendants.

No.   2:25−cv−00772−TL

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

Upon the stipulated motion to amend the case schedule, and the Court having reviewed the docket and all related pleadings, it is hereby ORDERED that the Case Schedule is to be amended as follows:

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO ADJUST CASE SCHEDULE - 1 of 2

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

The deadlines for exchange of expert reports, rebuttal reports, and related discovery deadlines in the current case schedule are as follows:

Disclosure of Expert Testimony:                    August 3, 2026

Disclosure of Rebuttal Testimony:                  September 2, 2026

Discovery Motions:                                 September 2, 2026

Discovery Completed by:                            October 2, 2026

The Court hereby orders that the case schedule be amended as follows:

Disclosure of Expert Testimony:                    October 2, 2026

Disclosure of Rebuttal Testimony:                  November 2, 2026

Discovery Motions:                                 November 2, 2026

Discovery Completed by:                            December 1, 2026

All other deadlines on the Case Scheduling Order, including the dispositive motions hearing deadline, will remain the same.

Trial will remain scheduled for March 1, 2027.

IT IS SO ORDERED.

DATED this 29th day of April, 2026.

_____
The Honorable Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
ADJUST CASE SCHEDULE - 2 of 2

**CONNELLY LAW OFFICES, PLLC**

2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax